B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Connecticut
**Case No. 08–51297**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Daymon S. Patterson
151 Wooster Ave
Stratford, CT 06615

Social Security / Individual Taxpayer ID No.:
xxx–xx–0202

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 3/31/09

Alan H.W. Shiff
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0205-5          User: admin              Page 1 of 1              Date Rcvd: Apr 01, 2009
Case: 08-51297                Form ID: B18             Total Served: 17
```

```
The following entities were served by first class mail on Apr 03, 2009.
db          +Daymon S. Patterson,    151 Wooster Ave,    Stratford, CT 06615-6928
6916515      Advanced Collection Services,    P.O. Box 626,    Plainville, CT  06062-0626
6916516      America's Servicing Company,    P.O. Box 10388,    Des Moines, IA 50306-0388
6916517      Bill Me Later,    P.O. Box 105658,    Atlanta, GA  30348-5658
6916519      Citibank,    Po Box 6931,    The Lakes, NV 88901-6931
6916520      Ditech,    P.O. Box 9001719,    Louisville, KY  40290-1719
6916521     +Hunt, Liebert, Chester & Jacob,    50 Weston Street,    Hartford, CT 06120-1504
6916522     +Infinity Financial Services,    P.O. Box 371447,    Pittsburgh, PA 15250-7447
6916523     +Planet Fitness,    836 Foxon Road,    New Haven, CT 06513-1872
6916524     +United States Attorney,    PO Box 1824,    New Haven, CT 06508-1824
6916525      Wal Mart Discover,    P.O. Box 960024,    Orlando, FL  32896-0024
6916526      Wells Fargo Financial,    Po Box 94498,    Las Vegas, NV  89193-4498
The following entities were served by electronic transmission on Apr 01, 2009.
cr           EDI: RECOVERYCORP.COM Apr 01 2009 16:23:00      GE Money Bank c/o Recovery Management Systems Corp,
              25 SE 2nd Ave., Suite 1120,    Miami, FL  33131-1605
6916518      EDI: CHASE.COM Apr 01 2009 16:23:00      Cardmember Services,    P.O. Box 15153,
              Wilmington, DE  19886-5153
6925371      EDI: RMSC.COM Apr 01 2009 16:23:00      GE Money Bank,    c/o Recovery Management Systems Corp.,
              Attn: Ramesh Singh,    25 SE 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
6923786      EDI: RECOVERYCORP.COM Apr 01 2009 16:23:00      Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
6916527      EDI: WFNNB.COM Apr 01 2009 16:23:00      WFNNB- King Size,    P.O. Box 659728,
              San Antonio, TX  78265-9728
6916526      EDI: WFFC.COM Apr 01 2009 16:23:00      Wells Fargo Financial,    Po Box 94498,
              Las Vegas, NV  89193-4498
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 03, 2009**          **Signature:**     *Joseph Speetjens*